AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Helen J. Butterworth

**SUMMONS IN A CIVIL ACTION**

V.

Merck & Company, Inc.

CASE NUMBER:

**07 CV 10650**

TO: (Name and address of Defendant)

Merck & Company, Inc.
C/O CT Corporation System
111 Eighth Ave.
New York, New York 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Laura V. Yaeger
Fleming & Associates
1330 Post Oak Blvd.
Suite 3030
Houston, Texas 77056
713-621-7944
713-621-9638 (Fax)

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

NOV 2 8 2007
DATE

(By) DEPUTY CLERK

%AO 440 (Rev 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | Dec. 12, 2007 at 4:10 PM |
| NAME OF SERVER (PRINT) Sunbelt/ Henry Moss | TITLE Licensed Process Server   Lic. No. 0870001 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Personal service on Sati Jairam, Process Specialist at CT Corporation System, the Registered Agent of Merck & Co., Inc. Service was executed at 111 Eighth Avenue, New York, New York.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Dec. 13, 2007
                    Date

Signature of Server: *Henry Moss*

Sunbelt Reporting & Litigation Services
Address of Server
6575 W. Loop South, Suite 580
Bellaire, Texas  77401

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.