UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

MASTER FILE

1:06-MD-1789 (JFK)

## ORDER FOR ADMISSION PRO HAC VICE

Considering the Certificate of Good Standing and all other documents required by Case Management Order No. 5 submitted by counsel, IT IS HEREBY ORDERED that:

    Applicant's Name:  Kathleen Sullivan Hardway

    Firm Name:  Venable LLP

    Address:  Two Hopkins Plaza, Suite 1800

    City/State/Zip:  Baltimore, Maryland 21201

    Telephone/Fax:  (410) 244-7400/(410) 244-7742

    Email Address:  kshardway@venable.com

is admitted to practice pro hac vice as counsel for Merck & Co., Inc. in the above captioned case in the United States District Court for the Southern District of New York.

Dated: March 14, 2008

New York, New York

*So ordered*

_____
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-14-08

60238396-1.DOC



# Certificate of Good Standing

## UNITED STATES OF AMERICA

## DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

**DO HEREBY CERTIFY** that, **KATHLEEN F. SULLIVAN, ESQUIRE, BAR NUMBER 25406**, was duly admitted to practice in the United States District Court for the District of Maryland on September 11, 1998, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

FELICIA C. CANNON
Clerk

Date: March 3, 2008

Tina Stavrou - Deputy Clerk